# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **HANK SPENCER,** | : | |
| Petitioner, | : | Case No. 2:09-cv-149 |
| v. | : | **Judge Holschuh** |
| **ROBIN KNABS,** | : | **Magistrate Judge Abel** |
| Respondent. | : | |
| | : | |

## ORDER

On August 23, 2010, Magistrate Judge Abel issued a Report and Recommendation, recommending that this action be dismissed. The parties were advised of their right to file objections to the Report and Recommendation and of the consequences of their failure to do so. Nevertheless, no objections have been filed within the time allotted. The Court therefore **ADOPTS** the Report and Recommendation and **DISMISSES** this action with prejudice.

**IT IS SO ORDERED.**

Date: September 15, 2010

**/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court